IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE, : | |
|     Plaintiff, : | |
| : | |
|     v. : | Civ. No. 25-3428 |
| : | |
| MONTGOMERY COUNTY : | |
| CORRECTIONAL FACILITY, *et al.*, : | |
|     Defendants. : | |

**O R D E R**

On July 3, 2025, Plaintiff John Doe filed a Motion to Proceed Anonymously, which included a Certificate of Non-Concurrence. (Doc. No. 3, at 16.) In accordance with my policies and procedures, Defendants had fourteen days—until July 17, 2025—to respond. Loc. R. Civ. P. 7.1(c) ("Unless the Court directs otherwise, any party opposing the motion shall serve a brief in opposition together with such answer or other response that may be appropriate, within fourteen (14) days after service of the motion and supporting brief."). They did not do so. (See Docket.)

\*                    \*                    \*

**AND NOW**, this 29th day of August, 2025, it is hereby **ORDERED** that Defendants **SHALL FILE** by <u>September 5, 2025</u> a Response explaining why I should not grant the Motion, or I will grant Mr. Doe's Motion (Doc. No. 3) as uncontested.

                                                        **AND IT IS SO ORDERED.**

                                                       */s/ Paul S. Diamond*
                                                      _____
                                                      Paul S. Diamond, J.