IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE,           :| | |
|    Plaintiff,    : | | |
| : | | |
|    v.           : | Civ. No. 25-3428 | |
| : | | |
| MONTGOMERY COUNTY    : | | |
| CORRECTIONAL FACILITY, *et al.*, : | | |
|    Defendants.  : | | |

**O R D E R**

On July 3, 2025, Plaintiff John Doe filed a Motion to Proceed Anonymously, including a Certificate of Non-Concurrence. (Doc. No. 3, at 16.) The County Defendants and PrimeCare Medical, Inc., responded on September 5, 2025. (Doc. Nos. 16, 17.) The Defendants do not oppose this Motion, but ask that Plaintiff's name be used in discovery. (Id.) They also ask me to grant this Order without prejudice. (Id.)

The Plaintiff has "agreed to conduct discovery and depositions using the Plaintiff's real name." (Doc. No. 3, at 9, 12–13 (citing Jane Doe v. Cigna Health & Life Ins. Co, No. 24-6900, Doc. No. 22 (E.D. Pa. Mar.17, 2025).).

\*                                              \*                                              \*

**AND NOW**, this 8th day of September, 2025, it is hereby **ORDERED** that:

1.  Plaintiff is permitted to file the Complaint so that the caption reflects the name of the Plaintiff as, "John Doe";

2. The Parties shall file any and all pleadings and other documents using "John Doe," for Plaintiff's name; and/or shall redact any pleadings and other document filed of Plaintiff's name;

3. Plaintiff is permitted to redact Plaintiff's address from the Complaint, and any amendment hereto.

4. This Order is **without prejudice** to any Defendant's ability to seek its modification.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.