IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civ. No. 25-3428<br>: |
| MONTGOMERY COUNTY<br>CORRECTIONAL FACILITY, *et al.*,<br>    Defendants. | :<br>:<br>: |

**O R D E R**

On August 15, 2025, Defendant PrimeCare Medical, Inc., moved to dismiss Doe's Complaint. (Doc. No. 12.) On September 12, 2025, Doe filed his First Amended Complaint. (Doc. No. 20.) See Fed R. Civ. P. 15(a)(1)(B). Accordingly, I will deny PrimeCare's Motion to Dismiss (Doc. No. 12) as moot.

\*                              \*                              \*

**AND NOW**, this 15th day of September, 2025, it is hereby **ORDERED** that PrimeCare's Motion to Dismiss (Doc. No. 12) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.