IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,       :  |  |
|     Plaintiff,       : |  |
|                 : |  |
|     v.       : | Civ. No. 25-3428 |
|                 : |  |
| MONTGOMERY COUNTY       : |  |
| CORRECTIONAL FACILITY, *et al.*,       : |  |
|     Defendants.       : |  |

**O R D E R**

**AND NOW**, this 23rd day of October, 2025, it is **ORDERED** that a **CASE MANAGEMENT CONFERENCE** in the above-captioned case is **SCHEDULED** for <u>**Thursday, November 20, 2025 at 1:30 p.m.**</u> in Room 14614 in the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106.

Plaintiff must be available to his counsel, Justin F. Robinette, by phone for the duration of the Case Management Conference.

Defendants, or, in the case of a corporate Party, a representative with full authority to settle the case, and any insurance representative must attend.

Lead Counsel for all Parties shall attend and shall be prepared to discuss settlement in this matter.

                                              AND IT IS SO ORDERED.

                                              */s/ Paul S. Diamond*
                                              _____
                                              Paul S. Diamond, J.