IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY COUNTY<br>CORRECTIONAL FACILITY, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:   Civ. No. 25-3428<br>:<br>:<br>:<br>: |

**O R D E R**

    **AND NOW**, this 18th day of November, 2025, upon consideration of Plaintiff's Motion for Leave to File a Second Amended Complaint (Doc. No. 28), it is hereby **ORDERED** that Defendants **SHALL FILE <u>on or by</u> December 2, 2025** a Response explaining why I should not grant the Motion, or I will deem the Motion (Doc. No. 28) as uncontested.

    It is further **ORDERED** that the Case Management Conference scheduled for November 20, 2025, at 1:30 p.m. in in Room 14614 in the James A. Byrne U.S. Courthouse, 601 Market St., Philadelphia, PA 19106 is **CANCELLED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.
