IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DOE,<br>    Plaintiff,<br><br>    v.<br><br>MONTGOMERY COUNTY<br>CORRECTIONAL FACILITY, *et al.*,<br>    Defendants. | :<br>:<br>:<br>:    Civ. No. 25-3428<br>:<br>:<br>:<br>: |

**O R D E R**

On December 15, 2025, the County Defendants served Plaintiff with Interrogatories and a Request for Production of Documents. (Doc. No. 43-1 at 13.) Plaintiff's responses were due on January 14, 2026. See Fed. R. Civ. P. 34(b) ("The party upon whom the request is served shall serve a written response within 30 days after the service of the request.") Plaintiff has yet to provide any response. (See Doc. No. 43-1.)

The County Defendants now seek an Order compelling the production of only three of the 25 categories of requested documents: "All documents that [Plaintiff] identified or are called to identify pursuant to Rule 26(a) of the Federal Rules of Civil Procedure"; "All statements, signed statements, transcripts of recorded statements or interviews of any person or witness relating to, referring to or describing any of the events that relate to the subject matter of this litigation"; and "All documents relating to [Plaintiff's] incarceration in the Montgomery County Correctional Facility." (Id. at 1–2; see id. at 17–22.) I will require Plaintiff to produce these documents on or before January 16, 2026 at 12 p.m.

The County Defendants also seek "a protective order ensuring . . . at least 2 business days to review the documents with Warden McGee," whose deposition is scheduled currently for January 20, 2026. (Id. at 1.) Because I am ordering Plaintiff's compliance by tomorrow, I will deny this request as moot.

1

2

\*                                    \*                                          \*

**AND NOW**, this 15th day of January, 2026, upon consideration of Defendants' Letter Request (Doc. No. 43-1), it is hereby **ORDERED** that Plaintiff **SHALL produce** the three categories of document requests discussed above <u>**on or before**</u> **January 16, 2026 at 12 p.m.**

Failure to comply with this Order may result in the imposition of Sanctions.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.