IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DOE,** : | |
|     **Plaintiff,** : | |
| : | |
|     **v.** : | Civ. No. 25-3428 |
| : | |
| **MONTGOMERY COUNTY** : | |
| **CORRECTIONAL FACILITY,** *et al.*, : | |
|     **Defendants.** : | |

**O R D E R**

On January 15, 2026, Plaintiff (who is represented by counsel) requested an extension of thirty days to respond to the pending Motion to Dismiss and Motion for Judgment on the Pleadings in the above-captioned case. (Doc. No. 44-1; see Doc. Nos. 39, 41.) Because Plaintiff has not made out good cause, I will decline this request. See L. Civ. R. 7.1(c).

    \*                                   \*                                   \*

**AND NOW**, this 16th day of January, 2026, upon consideration of Plaintiff's Letter Request (Doc. No. 44-1), it is hereby **ORDERED** that Plaintiff's Letter Request (Doc. No. 44-1) is **DENIED**.

                                                       **AND IT IS SO ORDERED.**

                                                       */s/ Paul S. Diamond*
                                                       _____
                                                       Paul S. Diamond, J.