IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DOE | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 25cv3428 |
| | : | |
| MONTGOMERY COUNTY | : | |
| CORRECTIONAL FACILITY, et. al. | | |
| Defendants. | | |

CONFERENCE ORDER

A settlement conference will be held on **July 7, 2026** at **2:00 PM.** before the Honorable Craig M. Straw, United States Magistrate Judge, via Zoom

- Please notify the Court if settlement is not a real possibility.

- <u>The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference.</u>  Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, <u>defendant should arrange a telephone conference with chambers and counsel for plaintiff</u>.

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled settlement conference. Please contact chambers to arrange a pre-conference telephone call.

    **Please complete the attached summary and email it with the case synopsis to Mag_Judge_Straw@paed.uscourts.gov on or before June 30, 2026** and exchange them between counsel. After receipt and review of the above summaries, the parties are to exchange updated settlement positions and submit a joint letter setting forth updated positions **on or before July 6, 2026 t**o **Mag_Judge_Straw@paed.uscourts.gov**.

BY THE COURT:

/s/ Craig M. Straw

_____
CRAIG M. STRAW
UNITED STATES MAGISTRATE JUDGE

Date:    June 4, 2026
Cc:    Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

## SETTLEMENT CONFERENCE SUMMARY

**CAPTION:** _____

**DISTRICT COURT JUDGE:** _____

**TRIAL POOL DATE:** _____    JURY / NONJURY (Circle One)

**COUNSEL ATTENDING SETTLEMENT CONFERENCE:**
Name: _____
Address: _____
Phone: _____
Client: _____

**CLIENT ATTENDING SETTLEMENT CONFERENCE:**
Name of Individual with full and complete settlement authority who will be present at the settlement conference (include company and position where applicable):
_____

**MOTIONS PENDING:**
_____
_____
_____

**OTHER RELEVANT MATTERS:**
_____
_____
_____

**PRIOR DEMANDS/OFFERS (include demand/offer dates):**

_____
_____

**ATTACH SYNOPSIS OF CASE** (The synopsis will include a candid discussion of the submitting party's factual and legal strengths and weaknesses in the case as well as an offer/demand settlement proposal and **IS STRICTLY LIMITED TO NO MORE THAN FIVE (5) PAGES.**)