**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN DOE,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Civ. No. 25-3428** |
| | : | |
| **MONTGOMERY COUNTY** | : | |
| **CORRECTIONAL FACILITY,** *et al.*, | : | |
| **Defendants.** | : | |

---

## O R D E R

Plaintiff asks me to seal two Exhibits that include his name.  (Doc. Nos. 56-23, 57-23.)  I will grant his request.  (See Doc. No. 19 at 2 ("The Parties shall file any and all pleadings and other documents using 'John Doe,' for Plaintiff's name; and/or shall redact any pleadings and other document filed of Plaintiff's name.").)

\*                                        \*                                        \*

**AND NOW**, this 22nd day of June, 2026, it is hereby **ORDERED** that the Clerk of Court **SHALL SEAL** the Exhibits (Doc. Nos. 56-23, 57-23).

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
**Paul S. Diamond, J.**